UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOBBY RAY AYERS,

    Petitioner,

v.

ROBERT BURTON,

    Respondent.

Case No. 21-cv-05806 BLF (PR)

**JUDGMENT**

    For the reasons stated in the order of dismissal, this action is DISMISSED. Judgment is entered accordingly.

    The Clerk shall close the file.

    **IT IS SO ORDERED**.

Dated: _____May 20, 2022_____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.21\05806Ayers_judgment